455 A.2d 194

Commonwealth v. Ginnery, Appellant.

Submitted May 19, 1982. Gary Iorfido, for appellant; F. Bloom, III, Assistant District Attorney for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.